IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN WILKINSON, | : | Case No. 4:15-cv-01916 |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| MARVIN E. KLINGER, INC. | : | |
| Defendant. | : | |

**ORDER**
May 3, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Dismiss (ECF No. 5) is GRANTED in part and DENIED in part.

2. Defendant's motion is denied with regard to Counts I, IV, and V.

3. With regard to Count III, Defendant's motion is denied to the extent that it is predicated on disability discrimination and granted to the extent that it is predicated on age discrimination.

4. Defendant's motion is granted with regard to Count II.

5. Plaintiff is granted leave to amend Counts II and III within the requisite time period under the Rules.

BY THE COURT:


/s Matthew W. Brann
Matthew W. Brann
United States District Judge