IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| SUSAN WILKINSON, | : | No. 4:15-cv-01916 |
| --- | --- | --- |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| MARVIN E. KLINGER, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 5th day of December 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, ECF No. 28, is **GRANTED**.

2. The Clerk of Court is directed to enter final judgment in favor of the Defendant and close this case.

BY THE COURT

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge